# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Marcia Sherman

**Plaintiff**

vs.   Case No.: 1:20-cv-00827

National Railroad Passenger Corporation, a/k/a Amtrak

**Defendant**

## AFFIDAVIT OF SERVICE

I, Bruce Beran, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons and Complaint at Law in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 02/05/2020 at 3:30 PM, I served National Railroad Passenger Corporation, a/k/a Amtrak c/o CT Corporation, Registered Agent with the Summons and Complaint at Law at 1015 15th Street NW, Suite 1000, Washington, DC 20005 by serving Brandon Chau, Agent, authorized to accept service on behalf of CT Corporation System.

Brandon Chau is described herein as:

Gender: Male    Race/Skin: Asian    Age: 28    Weight: 155    Height: 5'10"    Hair: Black    Glasses: Yes

I declare under penalty of perjury that this information is true and correct.

2-6-2020
Executed On



Bruce Beran

Client Ref Number: N/A
Job #: 1574209

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Marcia Sherman

V.

National Railroad Passenger Corporation a/k/a Amtrak

CASE NUMBER: 1:20-cv-00827

ASSIGNED JUDGE: Charles P. Kocoras

DESIGNATED MAGISTRATE JUDGE: Sheila M. Finnegan

TO: (Name and address of Defendant)

National Railroad Passenger Corporation
a/k/aAmtrak
c/o registered agent CT Corporation
1015 15th Street NW
Suite 100
Washington, D.C. 20005

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ervin Nevitt (Atty No.: 6317669)
Coplan & Crane, LTD
1111 Westgate St.
Oak Park, IL 60301
il.court@coplancrane.com
Tel: (708) 358-8080

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*Kym Lozano*
(By) DEPUTY CLERK



February 5, 2020

DATE