# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| MARCIA SHERMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NO. 2:20-CV-292-PPS-APR |
| ) | |
| NATIONAL RAILROAD PASSENGER ) | |
| CORPORATION, a/k/a AMTRAK, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Plaintiff, Marcia Sherman, filed an Amended Stipulation to Dismiss, signed by all parties who have appeared. [DE 30.] Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), the Amended Stipulation to Dismiss [DE 30] is **GRANTED**. The Clerk is **ORDERED** to **DISMISS** this cause **WITH PREJUDICE**, with each party to bear their own costs of suit. The Clerk is further **ORDERED** to **CLOSE** this case.

ENTERED: April 14, 2021.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT